**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

**SHEILA JALLOW,**

   **Plaintiff,**

  **v.**         **Civil Action No. 1:10cv998 (JBL/JFA)**

**GMAC MORTGAGE, LLC,**

   **Defendant.**

**<u>MOTION FOR JUDGMENT ON THE PLEADINGS</u>**

   Defendant GMAC Mortgage, LLC ("GMAC"), by counsel and pursuant to Fed. R. Civ. P. 12(c), hereby moves the Court for Judgment on the Pleadings. Plaintiff's Complaint fails to state a claim upon which relief may be granted, and, therefore, should be dismissed. The reasons for this motion are stated more fully in the accompanying memorandum in support.

   WHEREFORE, Defendant GMAC Mortgage, LLC respectfully requests the Court to grant its Motion for Judgment on the Pleadings and enter an Order dismissing with prejudice any and all claims asserted by Plaintiff against GMAC and awarding GMAC its costs and attorney's fees and that this Court award any and all other relief that the Court may find appropriate.

            **GMAC MORTGAGE, LLC**


            By:  <u>/s/ Jon S. Hubbard</u>
                Of Counsel

John C. Lynch (VSB # 39267)
Counsel for GMAC Mortgage LLC
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA  23462
Telephone:  (757) 687-7765
Facsimile:  (757) 687-1504
E-mail: john.lynch@troutmansanders.com

Jon S. Hubbard (VSB # 71089)
Counsel for GMAC Mortgage LLC
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1406
Facsimile:  (804) 698-5186
E-mail: jon.hubbard@troutmansanders.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December, 2010, I electronically filed the

foregoing document with the Clerk of the Court using the CM/ECF system, which will send

notification of such filing to the following CM/ECF participants:

**Counsel for Plaintiff Sheila Jallow**
Henry W. McLaughlin
The Law Office of Henry McLaughlin, P.C.
707 East Main Street
Ninth and Main Building, Suite 1375
Richmond, Virginia 23219
Email: henry@mclaughlinvalaw.com

            /s/ Jon S. Hubbard
Jon S. Hubbard (VSB # 71089)
Counsel for GMAC Mortgage LLC
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1406
Facsimile:  (804) 698-5186
E-mail: jon.hubbard@troutmansanders.com

2008188v1