# CIVIL MINUTES

DATE: 1-14-11   CASE NUMBER: 1:10CV998   START 10:02

JUDGE: Gerald Bruce Lee   REPORTER: R. Wilson   END _____

Jallow

v.

GMAC Mortgage LLC

Counsel for Plaintiff(s): ✓ Henry McLaughlin, III

Counsel for Defendant(s): ✓ Mary Zinsner

THIS MATTER CAME ON FOR HEARING ON: _____

Motion by GMAC Mortgage LLC for Judgment on the Pleadings. Heard. Findings stated: granted in part and denied in part. Order to follow.