IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

SHEILA JALLOW,                        )
                                      )
            Plaintiff,                )
                                      )
v.                                    )    CIVIL ACTION NO. 1:10cv998
                                      )
GMAC MORTGAGE, LLC,                   )
                                      )
            Defendant.                )

## ORDER

THIS MATTER is before the Court on Defendant GMAC Mortgage LLC's Motion for Judgment on the Pleadings.  (Dkt. No. 10.)  For the reasons stated in open court on January 14, 2011, it is hereby

ORDERED that COUNT I of Defendant's Motion for Judgment on the Pleadings is GRANTED.  It is further

ORDERED that COUNT II of Defendant's Motion for Judgment on the Pleadings is DENIED.

The Clerk is directed to forward a copy of this Order to counsel of record.

ENTERED this 14th day of January, 2011.

Alexandria, Virginia

_____/s/_____
Gerald Bruce Lee
United States District Judge