IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SHEILA JALLOW, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:10cv0998 (GBL/JFA) |
| GMAC Mortgage LLC, | ) ) ) |
| Defendant. | ) ) |

## ORDER

This matter comes before the court plaintiff's Motion for Leave to File Corrected Exhibit to Memorandum in Opposition to Defendant's Motion for Judgment on the Pleadings and Memorandum in Support. (Docket no. 17) ("Motion for Leave to Correct"). Plaintiff has requested that this Court decide plaintiff's motion without a hearing (Docket no. 19) and has noted that counsel for defendant has consented to plaintiff's waiver of oral argument (Docket no. 20). For good cause shown, it is hereby

ORDERED that the Motion for Leave to Correct is granted.

Entered this 19th day of January, 2011.

Alexandria, Virginia

/s/
John F. Anderson
United States Magistrate Judge